UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FAWZIA SAMADI,

    Plaintiff,

v.                                                                                        Civ. No. 16-402 GJF

NANCY A. BERRYHILL, *Acting Commissioner
of the Social Security Administration*,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO REMAND

THIS MATTER is before the Court on Defendant's "Unopposed Motion to Remand for Further Proceedings" ("Motion") [ECF No. 21].  Having reviewed the Motion, noted the parties' concurrence, and found good cause for the relief requested, the Court **HEREBY REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this matter to the Commissioner for further administrative proceedings.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**IT IS FURTHER ORDERED** that, upon remand, the Social Security Administration's Appeals Council will remand the matter to a new ALJ for a *de novo* hearing and new decision. On remand, the ALJ will reevaluate the entire time period at issue and, as necessary, will specifically address the time period between November 26, 2006 (Plaintiff's amended alleged onset date), through April 1, 2009 (the date Plaintiff was previously found to be disabled), in accordance with Social Security Ruling 83-20.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE